[No. 35061-7-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. REIORDAN D. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01622-5, Brian D. Gain, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 35136-2-I. Division One. April 29, 1996.]

PAUL A. WILLERS, *Appellant*, v. SHERRILL J. SLICHTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-03338-2, Carol A. Schapira, J., entered July 26, 1994. *Reversed with instructions* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Webster, J.

[No. 35186-9-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANA MICHELLE HIDALGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07711-1, Faith Enyeart Ireland, J., entered August 22, 1994. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 35584-8-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID NARVAEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03472-0, Richard M. Ishikawa, J., entered November 14, 1994. *Affirmed* by unpublished per curiam opinion.